IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDMUNDO CAHUA QUINTO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-417-TSE/IDD |
| ) | |
| M.L.A. OF CHANTILLY, INC., et al. ) | **ORAL ARGUMENT WAIVED** |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

The parties, by counsel, move for Court approval of the settlement reached by the parties in the above captioned matter. In support of this motion, the parties refer the Court to the accompanying Memorandum of Points and Authorities.

The parties waive oral argument.

Respectfully submitted,

EDMUNDO CAHUA QUINTO

By Counsel

_____/s/_____
Mary J. Craine Lombardo (Bar # 77768)
Stein Sperling Bennett De Jong Driscoll PC
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126-fax
miombardo@steinsperling.com

*Counsel for Plaintiff*

1

2

                                                      M.L.A. OF CHANTILLY, INC, ET AL.
                                                      Defendants

By Counsel

                                                    /s/
_____
A. Charles Dean
Gross & Romanick, PC
3975 University Drive, Suite 410
Fairfax, VA 22030
703-273-1400
703-385-9652 – Fax
adean@gross.com

*Counsel for Defendants*