IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDMUNDO CAHUA QUINTO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-417-TSE/IDD |
| ) | |
| M.L.A. OF CHANTILLY, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement filed by the Parties, it is hereby ORDERED:

1. That the Joint Motion for Approval Settlement Agreement is GRANTED; and

2. That the Court approves the parties' proposed Settlement Agreement as representing a *bona fide* compromise of the plaintiffs' FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements.

3. That the above-captioned case is DISMISSED with prejudice.

4. To the extent that Defendants fail to make the payments due under the parties' Settlement Agreement, Plaintiff may re-open this matter to request that judgment be entered in accordance with the Settlement Agreement.

SO ORDERED

DATED: May 27, 2016

/s/
T. S. Ellis, III
United States District Judge

THE HONORABLE T.S. ELLIS, III
UNITED STATES DISTRICT JUDGE

1

4594635_1